DECEMBER 17, 1976

No. A–488. KEARNS-TRIBUNE CORP., DBA SALT LAKE TRIBUNE *v.* UTAH BOARD OF CORRECTIONS ET AL. C. A. 10th Cir.

Application for stay of judgment entered December 7, 1976, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant stay.